IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 24-cv-00037-NYW-MEH

C & M RESOURCES, LLC, and
WINTER OIL, LLC, individually and on behalf of all others similarly situated,

    Plaintiffs,

v.

EXTRACTION OIL & GAS, INC., f/k/a EXTRACTION OIL & GAS, LLC,

    Defendant.

## JUDGMENT

In accordance with Federal Rule of Civil Procedure 54(d) and Order [#41] entered on July 18, 2024, by Judge Nina Y. Wang, which is incorporated herein by reference as if fully set forth, it is

ORDERED that Plaintiffs' Motion to Remand this Case to the Denver District Court [Doc. 18] is DENIED.  It is

FURTHER ORDERED that Defendant's Motion for Leave to File Surreply to Plaintiffs' Motion to Remand this Case to the Denver District Court [Doc. 30] is DENIED as moot. It is

FURTHER ORDERED that Defendant's Motion for Judgment on the Pleadings [Doc. 24] is GRANTED. It is

FURTHER ORDERED that Plaintiffs' claims are DISMISSED without prejudice for lack of subject matter jurisdiction. It is

FURTHER ORDERED that Defendant is entitled to its costs pursuant to Federal Rule of Civil Procedure 54 and Local Rule 54.1. It is

FURTHER ORDERED that the Clerk of Court is directed to close this case.

DATED: July 18, 2024.

FOR THE COURT:
JEFFREY P. COLWELL, CLERK:

By:   <u>s/L. Galera</u>
      Deputy Clerk